UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00107-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  VALERIE ANN SAIZ,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   A Notice of Disposition was filed in the above matter on June 17, 2011 [ECF No. 17]. A Change of Plea hearing is set for **Wednesday, August 10, 2011, at 10:00 a.m.**

   **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

   Dated:  July 19, 2011